IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MONTERION D. WINFREY**                                                                 **PLAINTIFF**

v.                              CASE NO. 2:19-CV-00132-BSM

**CROSS COUNTY DETENTION CENTER;**
**JOE KELLY, Jail Administrator,**
**Cross County Detention Center;**
**JOHN WALKER; BRANDON SUTTON;**
**DAVID WEST, Sheriff; and DOE**                                                       **DEFENDANTS**

## ORDER

Monterion D. Winfrey has failed to comply with the order [Doc. No. 21] directing him to file a notice of his current mailing address, and time to do so has expired. Winfrey's mail is still being returned undelivered, with no forwarding address. [Docs. No. 19, 20, 22.] Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of December, 2020.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE