IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MONTERION D. WINFREY**                                                      **PLAINTIFF**

v.            **CASE NO. 2:19-CV-00132-BSM**

**CROSS COUNTY DETENTION CENTER;**
**JOE KELLY,** Jail Administrator,
Cross County Detention Center;
**JOHN WALKER; BRANDON SUTTON;**
**DAVID WEST,** Sheriff; and **DOE**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE